

# NUMBER 13-14-00703-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE ADOLFO DE LA GARZA

---

## On Petition for Writ of Mandamus
## Emergency Motion to Stay Trial Court Proceedings.

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Order Per Curiam**

Relator-Petitioner, Adolfo De La Garza, has filed a petition for writ of mandamus and an emergency motion to stay trial court proceedings in the above cause. On November 20, 2014, the real parties in interest, Hugo Lizcano and Lidia Lizcano, filed a petition for a pre-suit deposition against De La Garza under Texas Rule of Civil Procedure 202. On November 21, 2014, the trial court signed an ex parte temporary restraining order to "preserve evidence." On the same date, the trial court also issued an order

compelling the parties to mediate their dispute no later than December 3, 2014. On December 5, the trial court issued an order setting the deposition of De La Garza for December 12, 2014 and directing the parties to attend a hearing on December 15, 2014 to show cause for failing to comply with the November 21, 2014 order compelling mediation. On December 8, 2014, the trial court issued another order, which again set the deposition of De La Garza for December 12, 2014 but also ordered the production of certain documents at the scheduled deposition. On December 10, 2014, two days after De La Garza filed his mandamus petition and emergency motion to stay, the trial court issued a further order, which amended the December 8 order.

In his emergency motion to stay, De La Garza asks the Court to stay the trial court's proceedings set by the November 21, December 5, and December 8 orders. The Lizcanos filed a response opposing De La Garza's emergency motion to stay; De La Garza replied to the response; the Lizcanos responded to the reply; and De La Garza filed a sur-reply to the Lizcanos' second response. The Court, having examined and fully considered the emergency motion to stay and the ensuing string of responses and replies, is of the opinion that the motion should be granted. The emergency motion to stay is hereby GRANTED, and the trial court's orders of November 21, 2014, December 5, 2014, and December 8, 2014, and any proceedings associated therewith, are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, and any others whose interests

2

would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.   *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of December, 2014.